1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10   LACY MITCHELL,
11           Petitioner,                 No. CIV S-08-1528-GGH P
12       vs.
13   MICHAEL KNOWLES,
14           Respondent.                 ORDER
15   _____/
16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   habeas corpus pursuant to 28 U.S.C. § 2254.
18           The application attacks a conviction issued by the Alameda County Superior
19   Court. While both this Court and the United States District Court in the district where petitioner
20   was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),
21   any and all witnesses and evidence necessary for the resolution of petitioner's application are
22   more readily available in Alameda County. Id. at 499 n.15; 28 U.S.C. § 2241(d).
23   /////
24   /////
25   /////
26   /////

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2    1. This matter is transferred to the United States District Court for the Northern

3 District of California.

4 DATED: 07/23/08

5           /s/ Gregory G. Hollows

6           GREGORY G. HOLLOWS
          UNITED STATES MAGISTRATE JUDGE

8 GGH:cm
mitc1528.108